# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELVIS DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-12332** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "N" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on March 10, 2017, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, **IT IS ORDERED** that the ALJ's decision denying Elvis Davis's Disability Insurance Benefits and Supplemental Security Income is **AFFIRMED.**

New Orleans, Louisiana, this 3rd day of July 2017.

_____
**UNITED STATES DISTRICT JUDGE**